UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM STEVENSON,

                Plaintiff,

v.

WARDEN CARTER, et al.,

                Defendants.

No. 21-CV-9041 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      It has been reported to the Court that its April 8, 2022 order, which was mailed to Plaintiff at the address on file, was returned to sender. On his initial complaint form, Plaintiff was warned that "failure to keep a current address on file with the Clerk's Office may result in the dismissal of [his] case." Dkt. 3 at 7. In light of Plaintiff's pro se status, however, counsel for Defendants is directed to obtain Plaintiff's contact information from the New York City Department of Correction and mail a copy of this order and the Court's April 8, 2022 order to Plaintiff. In the event that service cannot be effectuated, Defendants shall inform the Court by filing a letter via ECF on or before May 27, 2022.

SO ORDERED.

Dated:    April 26, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge